**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CORDARYL DEON GROSS,

    Plaintiff,

v.                              Case No. 3:19cv1693-RV-HTC

JUDGE GARY L BERGOSH,
JUDGE SCOTT DUNCAN,
STATES ATTORNEY TREY MYERS,

      Defendant.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 12, 2019 (ECF No. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

(2) This action is DISMISSED without prejudice under 28 U.S.C. §

1915A(b)(2) and § 1915(e)(2)(B)(iii).

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of August, 2019.

s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**